George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Margarita Carrera*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Margarita Carrera,<br><br>                    Plaintiff,<br>v.<br><br>Allied Collection Services, Inc.,<br><br>                    Defendant. | Case No.: 2:22-cv-01604-GMN-DJA<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br><br>**(First request)** |

Margarita Carrera ("Plaintiff") and Allied Collection Services, Inc. ("Defendant") (jointly as the "Parties"), by and through their respective counsel, hereby stipulate to modify the Court's Discovery Plan and Scheduling Order. Pursuant to LR 26-3(d), the Parties' proposed discovery schedule is listed below:

5. Discovery cutoff date: from June 14, 2023, to **August 14, 2023**;
6. Dispositive motions: from July 14, 2023, to **September 13, 2023**.
7. Pretrial order: from Aug 14, 2023, to **October 13, 2023**.

In the event that dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions, or otherwise by further order of the Court.

STIPULATION                              - 1 -

Pursuant to LR 26-3, good cause exists to amend the Scheduling Order. The Parties have diligently pursued discovery but need additional time to complete Plaintiff's deposition of Defendant.

**A.     Statement of Completed Discovery**

Plaintiff served initial disclosures, interrogatories, requests for production of documents, requests for admission, and a deposition notice on Defendant on March 20, 2023.

Defendant served interrogatories, requests for production of documents, and requests for admission on Plaintiff on March 30, 2023.

Defendant served Plaintiff with a Notice of Deposition on March 31, 2023.

Plaintiff responded to Defendant's written discovery requests on April 28, 2023.

Defendant responded to Plaintiff's written discovery requests on May 8, 2023.

Defendant took Plaintiff's deposition on May 18, 2023.

**B.     Description of Remaining Discovery**

Pursuant to LR 26-3(b), the parties request additional time for Plaintiff to take Defendant's Deposition.

**C.     Reasons Why Remaining Discovery Was Not Completed by Current Deadlines**

Pursuant to LR 26-3(c), the reason the remaining discovery was not complete within the time limits set by the discovery plan is that Defendant needed additional time to investigate and respond to Plaintiff's discovery requests which resulted in the parties agreeing to reschedule Plaintiff's deposition of Defendant. Plaintiff and Defendant have been working together to reschedule the deposition within the confines of counsels' schedules as well as Defendant's Witness' schedule.

Additionally, Defendant's counsel is currently traveling for an unrelated work matter and Plaintiff's counsel will be traveling out of the country in early July and will not be available to schedule or complete the deposition during that time.

This is the Parties' first request for an extension of these deadlines and the Parties respectfully submit that the requested extension is supported by good cause, is made in good faith, and not intended to delay these proceedings unnecessarily.

Dated: June 14, 2023.

**FREEDOM LAW FIRM, LLC**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
*Counsel for Plaintiff*

**GORDON REES SCULLY MANSUKHANI, LLP.**

/s/ Daniel A. Mann
Sean P. Flynn, Esq.
Daniel A. Mann, Esq.
1 East Liberty St., Suite 424
Reno, NV 89501
*Counsel for Defendant*

### SCHEDULING ORDER

The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 15, 2023