DANIEL A. MANN (SBN 015594)
DMann@FoxRothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:    702.699.5935

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARGARITA CARRERA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICES, INC,<br><br>           Defendants. | Case No. 2:22-cv-01604-GMN-DJA<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

PLEASE TAKE NOTICE that DANIEL A. MANN, Esq. hereby withdraws as counsel for defendant Allied Collection Services, Inc. ("Allied"), whereas the law firm of **Gordon Rees Scully Mansukhani LLP** (Sean P. Flynn, Esq., appearing) will continue with representation on behalf of Allied.

DATED this  6th  day of September, 2023.

**IT IS SO ORDERED**.

DATED: 9/8/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**FOX ROTHSCHILD LLP**

*/s/ Daniel Mann*
DANIEL A. MANN

- 1 -

147526637.1