SEAN P. FLYNN (SBN: 15408)
**GORDON REES SCULLY MANSUKHANI, LLP**
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Email: sflynn@grsm.com

Attorney for Defendant
ALLIED COLLECTION SERVICES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARITA CARRERA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ALLIED COLLECTION SERVICES, INC.,<br><br>         Defendant. | CASE NO.: 2:22-cv-01604-GMN-DJA<br><br>**JOINT MOTION TO MODIFY THE SCHEDULING ORDER** |

-1-

1  Defendant ALLIED COLLECTION SERVICES, INC. ("Defendant") and Plaintiff
2  MARGARITA CARRERA (Plaintiff) (together as "the Parties"), by and through their respective
3  counsel, hereby stipulate to modify the Court's Scheduling Order as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Pretrial Order | December 8, 2025 | January 12, 2026 |

Good cause exists to amend the Scheduling Order.

- The Parties have completed discovery and dispositive motions.
- Plaintiff's Counsel returned from paternity leave on December 1, 2025.
- Plaintiff's Counsel circulated the first draft of the Joint Pretrial Order on the evening of Wednesday, December 3, 2025.
- Defense Counsel had long-standing medical appointments on Thursday, December 4.
- Defense counsel had surgery on Friday, December 5, and is still in recovery mode.
- There are multiple federal holidays between now and the requested continued date.
- The Parties are working together to draft a proposed joint pretrial order and need more time to agree on dates, documents, and stipulations.

In light of the foregoing, the Parties are requesting additional time so they can more meaningfully meet and confer pursuant to the Local Rule 16-3, and therefore prepare a more comprehensive Joint Pretrial Order pursuant to Local Rule 16- 3 & 4.

This is the Parties' first request for an extension of this deadline and the requested extension does not prejudice the Parties. Further, this request for an extension is filed in good faith and not for delay.

For the foregoing reasons, the Parties request that the Court issue an order extending the deadline for the Parties to file their proposed Joint Pretrial Order to January 12, 2025.

Dated: December 8, 2025                    GORDON REES SCULLY MANSUKHANI

By:  *s/Sean P. Flynn*
     Sean P. Flynn
     Attorneys for Defendant
     Allied Collection Services, Inc.

Dated: December 8, 2025                    FREEDOM LAW FIRM

By:  /s/ Gerardo Avalos      .
     Gerardo Avalos, Esq.
     Attorneys for Plaintiff
     Margarita Carrera

## SCHEDULING ORDER

**IT IS HEREBY ORDERED** that the Scheduling Order is modified and the Joint Pretrial Order will be due on January 12, 2026.

**IT IS SO ORDERED:**

Dated: 12/17/2025

_____
**UNITED STATES MAGISTRATE JUDGE**