SEAN P. FLYNN (SBN: 15408)
**GORDON REES SCULLY MANSUKHANI**
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Email: *sflynn@grsm.com*

Attorney for Defendant
ALLIED COLLECTION SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARGARITA CARRERA,<br>Plaintiff,<br>vs.<br>ALLIED COLLECTION SERVICES, INC.,<br>Defendant. | CASE NO.: 2:22-cv-01604-GMN-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |

Plaintiff Margarita Carrera ("Plaintiff") and Defendant Allied Collection Services, Inc. ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate and jointly request that the Court continue the trial in this matter, currently set for October 19, 2026, and the associated calendar call, currently set for October 13, 2026, by not less than sixty (60) days, to a date thereafter convenient for the Court's calendar.

**Good cause exists to continue the trial date:**

1. Trial is presently set on the fixed/stacked calendar for October 19, 2026, at 8:30 a.m., with calendar call on October 13, 2026, at 9:00 a.m. The trial is estimated to require three (3) days.

2. The case was recently reassigned, and the newly assigned Magistrate Judge set an in-person settlement conference for September 14, 2026.

3. The Parties are rescheduling the settlement conference due to a preexisting



**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV 89501

Gordon Rees Scully Mansukhani, LLP
1 East Liberty Street, Suite 424
Reno, NV 89501

conflict on September 14.

4. The conference will likely be after September 14, which will be less than 30 days before the current trial date.

5. In order to allow the parties an opportunity to explore settlement and conserve resources of the court and Parties, a Trial continuance will be necessary.

6. This is the Parties' first request to continue the trial date. The requested continuance is made in good faith and not for purposes of delay, and no party will be prejudiced by it.

The Parties respectfully request that the Court continue the trial and calendar call as set forth above, and that any related pretrial deadlines that run from the trial date be adjusted accordingly.

Dated: August 28, 2026

GORDON REES SCULLY MANSUKHANI

By: *s/Sean P. Flynn*
Sean P. Flynn
Attorneys for Defendant
Allied Collection Services, Inc.

Dated: August 28, 2026

FREEDOM LAW FIRM

By: /s/ Gerardo Avalos .
Gerardo Avalos, Esq.
Attorneys for Plaintiff
Margarita Carrera

Gordon Rees Scully Mansukhani, LLP
1 East Liberty Street, Suite 424
Reno, NV 89501

**ORDER**

Based on the foregoing stipulation of the Parties, and good cause presented,

IT IS HEREBY ORDERED that the trial currently set for October 19, 2026 is VACATED and CONTINUED to March 22, 2027, at 8:30 a.m.

IT IS FURTHER ORDERED that the calendar call currently set for October 13, 2026 is VACATED and CONTINUED to March 2, 2027, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 1, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Gordon Rees Scully Mansukhani, LLP
1 East Liberty Street, Suite 424
Reno, NV 89501

**EXHIBIT A**

Schedule of Unavailability for Sean P. Flynn, Esq. (2026)

- September 4
- September 7
- September 8 (morning)
- September 9 (afternoon)
- September 10–11
- September 14–18
- September 21–23
- September 29 (morning)
- October 1 (morning)
- October 5–9
- October 13–16
- October 19 (trial)