George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
*Attorneys for Plaintiff Margarita Carrera*

FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave. Ste, 205
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554 FAX: (702) 385-5518

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Margarita Carrera,<br><br>Plaintiff,<br>v.<br><br>Allied Collection Services, Inc.,<br><br>Defendant | Case No.: 2:22-cv-01604<br><br>**Status Report Regarding Settlement Conference** |

Margarita Carrera (Plaintiff) and Allied Collection Services, Inc. ("Defendant") (together as "the Parties"), by and through their respective counsel, hereby submit this Status Report to advise the Court on whether a settlement conference in December would prove useful.

On August 31, 2026, the Court issued a Minute Order vacating the settlement conference set for September 14, 2026 and stating that the Court had no availability until December 22 or 29, 2026 to reschedule it. The parties were ordered to meet and confer to address whether a conference in December would prove useful and file a status report no later than September 18, 2026 advising the Court of the same. ECF No. 66.

On September 8, 2026, the Court issued a Minute setting the settlement conference for January 7, 2027. ECF No. 70.

The Parties have met and conferred and hereby advise the Court that the December dates would not be useful due to scheduling conflicts around the holidays, but the Parties agree that keeping the settlement conference currently scheduled for January 7, 2027 would be useful.

Dated: September 18, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Avenue, Suite 205
Las Vegas, Nevada 89123

**GORDON REES SCULLY MANSUKHANI, LLP.**

/s/ *Sean P. Flynn*
Sean P. Flynn, Esq.
1 East Liberty St., Suite 424
Reno, NV 89501

IT IS SO ORDERED:

[signature]

UNITED STATES MAGISTRATE JUDGE

DATED: September 21, 2026

FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave. Ste, 205
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554 FAX: (702) 385-5518